Tahir Masood RAJA, Petitioner—Appellant,

v.

Alberto R. GONZALES, Attorney General; et al., Respondents—Appellees.

No. 04–56738.

United States Court of Appeals, Ninth Circuit.

June 9, 2006.

Before: CANBY, T.G. NELSON and KLEINFELD, Circuit Judges.*

MEMORANDUM **

A review of the record and the opening brief indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

Accordingly, we grant appellees' opposed motion for summary affirmance of the district court's judgment.

All other pending motions are denied as moot.

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

